

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 12  P 2:47

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASEY BRIAN REICHARD<br>ALSO KNOWN AS BRIAN PAUL SCOTT, JR. | CIVIL ACTION |
| VERSUS | NO. 05-1361 |
| P/O RITA FRANKLIN OF THE FIRST<br>DISTRICT N.O.P.D., FIRST DISTRICT<br>N.O.P.D., CITY OF NEW ORLEANS | SECTION "J"(4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 claims brought by the plaintiff, Casey Brian Reichard a/k/a Brian Paul Scott, Jr., against the defendants, the First District of the New Orleans Police Department and the City of New Orleans, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and §1915A.

**IT IS FURTHER ORDERED** that Reichard's § 1983 claims of excessive force against the remaining defendant, Officer Rita Franklin, proceed forward and remain referred to the assigned Magistrate Judge pursuant to L.R. 73.2E.

New Orleans, Louisiana, this 12th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

**CLERK TO FORWARD A COPY OF THIS ORDER TO**
**MAGISTRATE JUDGE KAREN WELLS ROBY**