UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CASEY BRIAN REICHARD**<br>a/k/a **BRIAN PAUL SCOTT, JR.** | CIVIL ACTION |
| **VERSUS** | NO. 05-1361 |
| **P/O RITA FRANKLIN OF THE FIRST DISTRICT**<br>**N.O.P.D., FIRST DISTRICT N.O.P.D., CITY OF**<br>**NEW ORLEANS** | SECTION "J"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Casey Brian Reichard's Title 42 U.S.C. § 1983 complaint against Rita Franklin is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 17th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE